UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO R. RUBANG, JR., | No. 2:19-cv-00153-MCE-AC |
| Plaintiff, | |
| v. | ORDER |
| HYUNDAI USA, | |
| Defendant. | |

The court is in receipt of plaintiff's motion to proceed in forma pauperis ("IFP"). ECF No. 2. The docket reflects that on February 13, 2019, plaintiff paid the filing fee in this case. Civil case documents were issued the same day. ECF No. 4. Because plaintiff paid the filing fee, his motion to proceed IFP (ECF No. 4) is DENIED as MOOT.

IT IS SO ORDERED.

DATED: February 14, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE