UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO R. RUBANG, JR., <br><br> Plaintiff, <br><br> v. <br><br> HYUNDAI USA, <br><br> Defendant. | No. 2:19-cv-00153 MCE AC <br><br><br> ORDER |

    Plaintiff filed a motion to proceed in forma pauperis. ECF No. 19. Plaintiff's case was dismissed for lack of federal subject matter jurisdiction and the case was closed on May 3, 2019. ECF Nos. 16, 17. The court further notes that plaintiff previously paid the filing fee in this case. See Docket Entry dated February 13, 2019. Plaintiff is advised that documents after the closing date will be disregarded and no orders will issue in response to future filings. Accordingly, plaintiff's motion at ECF No. 19 is HEREBY VACATED and will not be considered.

DATED: July 5, 2023

                                                                                          ALLISON CLAIRE <br>
                                                                                          UNITED STATES MAGISTRATE JUDGE

1